## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**GERRY D. HARRIS**                                                     **PLAINTIFF**

**V.**                         **3:05CV226JMM**

**NUCOR CORPORATION**                                         **DEFENDANT**

### JUDGMENT ON JURY VERDICT

This action came on for trial July 16, 2007, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on July 19, 2007, in favor of the defendant.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Gerry D. Harris, take nothing on this complaint against Nucor Corporation and the same is hereby dismissed.

Dated this 24th day of July, 2007.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE